UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JEFFREY KASZA,

    Plaintiff,

v.                               CASE NO.: 8:23-CV-01983-WFJ-TGW

HOME DEPOT U.S.A., INC,
A FOREIGN PROFIT CORPORATION,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Defendant, HOME DEPOT U.S.A., INC., pursuant to the Federal Rules of Civil Procedure and local rules governing practice, hereby gives notice to the District Court that the parties have reached an amicable settlement in the instant matter.

## CERTIFICATE OF SERVICE

    WE HEREBY CERTIFY that on this date, a true and correct copy of the foregoing was filed with the Clerk of the Court via the CM/ECF system and an electronic copy was furnished to: *Counsel for Plaintiff,* **Roman Austin, Esq.,** 2360 Congress Ave., Clearwater, FL 33763 (romanaustin@romanaustin.com) this 22nd day of September, 2023.

**LUKS, SANTANIELLO, PETRILLO,
COHEN & PETERFRIEND**
100 N Tampa Street, Suite 2120
Tampa, FL 33602
Tel: 813/226-0081; Fax: 813/226-0082
Primary: LuksTpa-Pleadings@LS-Law.com
Secondary: sbjohnson@insurancedefense.net
*Counsel for Defendant, Home Depot U.S.A., Inc.*

*/s/ Scott B. Johnson, II*
**ANTHONY J. PETRILLO, ESQ.**
*Board Certified Civil Trial Lawyer*
Florida Bar No. 874469
**SCOTT B. JOHNSON, II, ESQ.**
Florida Bar No. 0125696